UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
NEW ALBANY DIVISION

| | |
|---|---|
| ASHLEY EMBLETON, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>SUNMAN-DEARBORN )<br>COMMUNITY SCHOOLS, )<br>)<br>and )<br>)<br>THE SUNMAN-DEARBORN )<br>COMMUNITY SCHOOLS BOARD OF )<br>EDUCATION, MICHAEL NORMAN, )<br>JAMES GRAF, DAWN BURKE, )<br>ROBERT DAVIS, GARY GELLERT, )<br>SARA HYLTON, and GLENN SCHOLL, )<br>)<br>Defendants. ) | CASE NO.: 4:20-cv-00216-TWP-DML |

## ORDER ON PLAINTIFF'S UNOPPOSED MOTION TO DISMISS WITHOUT PREJUDICE and UNOPPOSED MOTION TO AMEND

This matter having come before the Court on Plaintiff's *Motion to Dismiss without Prejudice,* and the Court having considered the Motion, now finds that the Motion should be **GRANTED IN PART AND DENIED IN PART**.

**IT IS THEREFORE ORDERED** that this case be Dismissed without Prejudice. It is further **ORDERED** that Plaintiff's request to amend her complaint in case 4:19-cv-0262-TWP-DML is DENIED. Plaintiff shall file her motion to amend in the appropriate case.

Date: 11/30/2020

Debra McVicker Lynch
United States Magistrate Judge
Southern District of Indiana

*Distribution: All counsel of record via CM/ECF*